UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GREGORY HOWARD | CIVIL ACTION NO. 04-2567 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 9th day of February, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE